JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NANCY DAIGLE | CASE NO. 8:21-cv-00178-JLS-ADS |
|---|---|
| V. | |
| UNITED WHOLESALE MORTGAGE LLC; TIEN D. NGUYEN; DANIELLE JOHNSON; AND DOES 1–10 | **ORDER DISMISSING ACTION** |

1   In light of the Plaintiff's Notice of Voluntary Dismissal (Doc. 28) pursuant to
2  Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court hereby ORDERS this action
3  dismissed without prejudice, with each side to bear its own attorneys' fees and costs.

5  DATED: August 02, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE